UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **JAIME OTONIEL MARROQUIN-REYES #221471620** | **CIVIL ACTION NO. 25-1532 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **SCOTT LADWIG ET AL** | **MAG. JUDGE PEREZ-MONTES** |

# ORDER

Before the Court is the Report and Recommendation ("R&R") of the Magistrate Judge (R. Doc. 15), recommending denial of Petitioner's Motion to Grant Petition Based on Class Action Declaratory Judgment and recommending that this matter be stayed pending resolution of Petitioner's claims as a purported *Bautista* class member. After a de novo review of the record and considering that a final judgment was entered in *Bautista v. Noem*, 5:25-cv-01873, 2025 WL 3678485 (C.D. Cal. Dec. 18, 2025) after the R&R was issued,

IT IS HEREBY ORDERED that this matter is referred to the Magistrate Judge for further consideration and recommendation in the light of the final judgment issued in *Bautista.*

THUS ORDERED AND SIGNED in Chambers this 2nd day of January 2026.

**JUDGE JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT COURT**