# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **JAIME OTONIEL MARROQUIN-REYES #221471620** | **CASE NO. 1:25-CV-1532 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **SCOTT LADWIG ET AL** | **MAG. JUDGE PEREZ-MONTES** |

### ORDER

In this habeas proceeding, the Court issued an Order (Doc. 16), referring this matter to the Magistrate Judge for further consideration and recommendation in light of the final judgment entered in *Bautista v. Noem,* 5:25-cv-01873, 2025 WL 3678485 (C.D. Cal. Dec. 18, 2025). However, in the interest of judicial economy, the Court will withdraw the referral to the Magistrate Judge and allow the parties to submit additional briefs regarding the merits of the habeas petition for consideration by the undersigned. Accordingly,

**IT IS HEREBY ORDERED** that the Respondents shall file a brief within 21 days of this Order addressing the merits of the Habeas Petition. The Respondents' brief shall address whether they challenge Petitioner's class membership and explain under what authority this Court should ignore the judgment of another federal district court that purports to bind this Petitioner and Respondents' legal position for denying bond eligibility.

**IT IS FURTHER ORDERED** that Petitioner will have 7 days to file a reply brief.

**THUS DONE** in Chambers on this 12th day of January, 2026.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE