# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WESTERN LOUISIANA
# MONROE DIVISION

| | | |
|---|---|---|
| JAIME MARROQUIN REYES, | | |
| Petitioner, | | Case No.: 1:25-cv-01532 |
| v. | | |
| SCOTT LADWIG, *et al.*, | | |
| Respondents. | | |

ORDER

The Motion to Withdraw Petition for Habeas Corpus filed by Jaime Marroquin Reyes is GRANTED, and it is hereby

ORDERED that the Petition is withdrawn.

_____
Jerry Edwards, Jr.
United States District Judge

01/29/2026
Date